{ ■ FREDERICK PORDUM, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 61310.)—Order unanimously reversed, with costs, and cross motion to permit late filing of claim granted. Memorandum: From our review of the record, we conclude that it was improper under these circumstances for the court to deny leave to file a late claim. The court acknowledges that there could be no substantial prejudice to the State since the Attorney-General has represented the Commissioner of Education in both the prior Federal and State actions. This court has consistently ruled that a

just claim for damages should not be forfeited for failure to give notice where the basic purpose of the statute is not offended and where no substantial prejudice exists *(Matter of Ziecker v Town of Orchard Park,* 70 AD2d 422, 427-428; *Matter of Wemett v County of Onondaga,* 64 AD2d 1025). (Appeal from order of Court of Claims—dismiss claim.) Present—Cardamone, J. P., Hancock, Jr., Callahan and Witmer, JJ.